GERDING, Appellant, v. KEAR, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Charles Gerding against Washington Kear. J. Gibney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re GILMAN. GRISWOLD, Respondent, v. GILMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 24, 1903.) In the matter of George F. Gilman. Action by Celeste S. Griswold against Theophilus Gilman and others, as administrators. L. McCormack, for appellants. H. H. Man, for respondent. No opinion. Judgment modified, by reducing same to the sum of $5,536.37, and, as so modified, affirmed, without costs.

GIRARD, Respondent, v. INTERNATIONAL PULP CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Delina Girard, as administratrix, etc., of Abel Girard, deceased, against the International Pulp Company. No opinion. Judgment and order unanimously affirmed, with costs.

GODFREY v. SCHMIDT et al. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Frederick S. Godfrey against Charles Schmidt, Jr., and others. No opinion. Motion denied, with $10 costs.

GORRY, Respondent, v. CORNELL STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Matthew F. Gorry against the Cornell Steamboat Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GRAVELLE, Appellant, v. MASON, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Joseph M. Gravelle against Dominick Mason. No opinion. Judgment and order affirmed, with costs.

GRISSINGER, Appellant, v. JANSER et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Elwood A. Grissinger against Alice D. Janser (formerly Alice D. Devendorf), as executrix, and Milton Devendorf, as executor, of the last will and testament of De Witt A. Devendorf, deceased. No opinion. Judgment unanimously affirmed, with costs.

GROH v. FLAMMER. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Julia A. Groh against J. George Flammer. No opinion. Motion denied, with $10 costs.

HAMMER, Respondent, v. LEON, Appellant. (Supreme Court, Appellate Term. January 7, 1904.) Action by Julius Hammer against Harry J. Leon. From an order for the city court adjudging defendant guilty of contempt, he appeals. Modified. Bernard Hess, for appellant. Henry Kuntz, for respondent.

PER CURIAM. The judgment debtor appeals from an order of the City Court adjudging him guilty of a contempt of court in having disposed of $43 in violation of a restraining order in proceedings supplementary to execution, and in falsely testifying upon the examination in said proceedings as to the names and addresses of certain persons to whom he admitted he was then indebted. Upon his examination the judgment debtor testified he had collected $46 in cash since the day when he was served with the order in supplementary proceedings, which from the imperfect record before us would appear to have been at most three days before the day of examination. In his answering affidavit upon the motion to punish him for contempt, he does not pretend to assert that the money so collected related to money earned after the service of the order upon him; but, on the contrary, he attempts to mitigate his offense by asseverating that his disobedience was not willful, nor malicious, in that the money so collected was used to pay certain specified obligations, principally for household needs. It cannot seriously be urged that there is any reasonable doubt that the moneys so collected were for debts owing at the time of the service of the order. But with respect to that portion of the order which adjudges the appellant guilty of contempt for falsely testifying to the names and addresses of certain of his debtors, it is sufficient to say that no facts are alleged in the affidavit of the plaintiff's attorney, upon which the finding of the alleged contempt is based, from which the court could find that perjury was committed. Conclusions of the affiant are assumed to be equivalent to allegations of facts. The order should be modified by limiting the contempt to the disobedience of the original restraining order, and reducing the fine to $43, the amount which would measure the extent to which the rights of the judgment creditor were affected, and $30 costs of the proceedings. As thus modified, the order is affirmed, without costs.

HANRAHAN, Respondent, v. GLENS FALLS PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Mary E. Hanrahan, as administratrix, etc., against the Glens Falls Portland Cement Company.

PER CURIAM. Judgment and orders affirmed, with costs.

SMITH, J., dissents.

HARRISON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by James W. Harrison against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARRISON et al. v. WILSON et al. (Supreme Court, Appellate Division, First Department. December 18, 1903.) Action by An-

toinette P. Harrison and others against George Wilson and others. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

In re HARTER ST. (Supreme Court, Appellate Division. Fourth Department. January 19, 1904.) In the matter of the proposed extension of Harter street, in the village of Herkimer. No opinion. Judgment and order affirmed, with costs.

HAUSMAN v. HERDTFELDER. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Max Hausman against Elizabeth Herdtfelder. No opinion. Motion denied, with $10 costs.

In re HEATHERTON. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) In the matter of the application of Carolyn Dancel Heatherton for a compulsory judicial settlement of the account of Mary Dancel and Christian Dancel, as administrators, etc., of Christian Dancel, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

HECHT et al., Appellants, v. LYNCHBURG HOSIERY CO., Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Joseph B. Hecht and others against the Lynchburg Hosiery Company. W. V. Goldberg, for appellants. N. B. Beecher, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HEITMANN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Claus Heitmann against the city of New York. No opinion. Judgment and order affirmed, with costs.

HILL v. CONNORS et al. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by George W. Hill, as administrator, against William J. Connors and another. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendants on the verdict, with costs.

HILL, Appellant, v. MARTIN, Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Lafayette Hill against Peter M. Martin, as high chief ranger, etc., of High Court of New York Independent Order of Foresters. No opinion. Judgment unanimously affirmed, with costs.

HISCOTT, Respondent, v. DILLENBACK, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by George E. Hiscott against William B. Dillenback. No opinion. Judgment affirmed, with costs.

HODGE, Respondent, v. HODGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Addie Hodge against Charles E. Hodge.

PER CURIAM. Order reversed, and motion denied, without costs in this court or in the court below, upon condition that the defendant, at plaintiff's election, enter into a stipulation discontinuing this action, without costs and without prejudice to the plaintiff's right to renew this motion upon new affidavits. *Held,* that the papers contain no competent evidence of adultery upon the part of the defendant, and, the defendant denying such adultery, there is no reason to believe the plaintiff will be successful in her action; (2) that the papers show that the plaintiff is strong and in good health, accustomed to work, that she has no children, and that her husband has given her one-half of his property, and therefore there is no reason for compelling defendant to furnish her alimony or counsel fee to enable her to prosecute her action.

In re HOLLANDS et al. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) In the matter of the accounting of William Hollands and Elizabeth Thomas, as administrators, etc., of John I. Winne, deceased. No opinion. Decree unanimously affirmed, with costs payable out of the estate, upon the authority of In re Davenport, 172 N. Y. 454, 65 N. E. 275.

HOLLORAN, Respondent, v. BUFFALO, R. & P. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by William Holloran against the Buffalo, Rochester & Pittsburg Railway Company and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellants to abide event, upon questions of law only. *Held,* that the verdict, necessarily finding that the machine in question was being operated by the defendant at the time of the accident, was against the weight of the evidence.

HOLME, Appellant, v. HOLME, Respondent, et al. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Lizzie H. Holme against Leicester Holme, impleaded. B. Steinhardt, for appellant. J. Delahunty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HOPKINS, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Emily B. Hopkins against Jacob D. Butler. W. H. Van Benschoten, for appellant. E. S. Benedict, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.